

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2020__

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

March 3, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**Re:    *Mendez v. Jos. A. Bank Clothiers, Inc.*, Civil Action No.: 1:19-cv-11756-LL**

Dear Judge Liman:

This firm represents Defendant Jos. A. Bank Clothiers, Inc. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request (1) an extension of the deadline to respond to the Complaint, up to and including April 13, 2020; (2) an adjournment of the Initial Conference presently scheduled for March 24, 2020; and (3) a corresponding extension of the deadline to file pre-conference submissions.

By way of background, Plaintiff filed the Complaint on December 23, 2019. (ECF No. 1.) Defendant was served on January 21, 2020. On February 6, 2020, Defendant filed its first request for an extension of the responsive pleading deadline, which the Court granted. (ECF No. 10.) Pursuant to the Court's Order, Defendant's current deadline to respond to the Complaint is March 12, 2020. (*Id.*) On January 14, 2020, the Court scheduled an Initial Conference for March 24, 2020 at 3:30 p.m, which is the parties' next scheduled appearance. (ECF No. 6.) Further, as per the Court's Order, the parties must submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order by March 19, 2020. (*Id.*)

We respectfully request that the Court extend Defendant's responsive pleading deadline up to and including April 13, 2020, adjourn the Initial Conference to a date at least one week after April 13, 2020, and reset the deadlines for pre-conference submission accordingly. This is the second request for an extension of the responsive pleading deadline and first request for an adjournment of the Initial Conference. These requests, if granted, will not affect any other scheduled dates. Defendant requires additional time to evaluate Plaintiff's claims to continue to investigate the allegations and consider possible dispositive motion practice. (*Id.*) The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.



We thank the Court for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

GRANTED. Defendant shall answer or otherwise respond to the Complaint by April 13, 2020. The Initial Pretrial Conference previously scheduled for March 24, 2020 is adjourned to April 21, 2020 at 3:00 p.m. The parties shall jointly submit a proposed Case Management Plan and Scheduling Order one week prior to the conference.

SO ORDERED. 3/4/2020.

_____
LEWIS J. LIMAN
United States District Judge