UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

HIMELDA MENDEZ,

                      Plaintiff,

     -against-

JOS. A. BANK CLOTHIERS, INC

                      Defendants.

-------------------------------------------------------X

Case No. **1:19-cv-11756-LL**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HIMELDA MENDEZ and Defendant JOS. A. BANK CLOTHIERS, INC., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: June 17, 2020

By:_____
Bradly G. Marks
The Marks Law Firm, PC
175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
brad@markslawpc.com

By:_____
John W. Egan
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
T:(212) 218-5500
jegan@seyfarth.com